Steven T. Lowe, Esq. SBN 122208
steven@lowelaw.com
Kris LeFan, Esq., SBN 278611
kris@lowelaw.com
LOWE & ASSOCIATES, P.C.
11400 Olympic Blvd., Suite 640
Los Angeles, CA 90064
Telephone: (310) 477-5811
Facsimile: (310) 477-7672

Hao Ni (*pro hac vice*)
hni@nilawfirm.com
NI, WANG & MASSAND, PLLC
8140 Walnut Hill Lane, Suite 500
Dallas, TX 75231
Telephone: (972) 331-4600
Facsimile: (972) 314-0900

***Attorneys for Plaintiff***
***Bluestone Innovations LLC***

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BLUESTONE INNOVATIONS LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **TORCHSTAR CORP.**, <br><br> Defendant | Case No. 4:15-cv-05481-PJH <br><br> **JOINT MOTION FOR ENTRY OF AN ORDER OF STIPULATION OF DISMISSAL** <br><br> **JURY TRIAL DEMANDED** |

-1-

**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING THE
STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Torchstar Corp. ("Torchstar") by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

All claims between Bluestone and Torchstar are dismissed with prejudice.

Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.

The Court may enter an Order adopting this Stipulation of Dismissal (with Prejudice) and Proposed Order Thereon as the Order of the Court.


Dated: April 20, 2016                    By:  /s/  Hao Ni
                                         Hao Ni
                                         Ni, Wang & Massand, PLLC
                                         *Attorneys for Plaintiff*
                                         *Bluestone Innovations, LLC*

Dated: April 20, 2016                    By:  /s/   Johnny Chiu


                                         *Attorneys for Defendant*
                                         *Torchstar Corp.*

-2-

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Hao Ni, attest that concurrence in the filing of this document has been obtained.

Dated:  April 20, 2016                              _/s/ Hao Ni_____
                                                    Hao Ni

Joint Motion for Entry of an Order Reflecting the Stipulation of Dismissal with Prejudice
CASE NO. 4:15-cv-05481-PJH

## **ORDER OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Bluestone Innovations LLC ("Bluestone") and Defendant Torchstar Corp. ("Torchstar") parties to this legal action, by and through their attorneys, jointly moved for an order approving their stipulation.  After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

1.      All claims and counterclaims between Bluestone and Torchstar are dismissed with prejudice; and

2.      Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal with Prejudice.


Signed this ____20th____ day of April, 2016.


_____
United States District Judge

